**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

SILVIA ALIZBETH GARCIA MENDOZA,

Defendant.

Case No.: 26CR1498-wqh

**JUDGMENT & ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE**

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that that Motion to Dismiss Information Without Prejudice is granted (ECF No. 24), and the Information against Silvia Alizbeth Garcia Mendoza in this case is dismissed without prejudice.

Dated: July 23, 2026

William Q. Hayes

Hon. William Q. Hayes
United States District Court